IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EARL JORDAN,<br><br>　　　　Defendant. | No. 1:24-CR-00475-TNM<br><br>**DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL OUTSIDE OF CONTINENTAL U.S.** |

　　　　COMES NOW, Defendant Earl Jordan, through counsel, to move for Court permission to travel to Hawaii from January 10-16, 2025. In support, counsel states:

　　　　1.　　On October 23, 2024, Mr. Jordan was charged in a five-count indictment alleging the crimes of Civil Disorder, 18 U.S.C. § 231(a)(3); Assaulting, Resisting, or Impeding Certain Officers, 18 U.S.C. § 111(a)(1); Entering and Remaining in a Restricted Building or Grounds, 18 U.S.C. § 1752(a)(1); Disorderly and Disruptive Conduct in a Restricted Building or Grounds, 18 U.S.C. § 1752(a)(2); and Disorderly Conduct in a Capitol Building, 40 U.S.C. § 5104(e)(2)(D). (Doc. 18.)

　　　　2.　　Mr. Jordan is a resident of Iowa and has been gainfully employed by the same company for two decades.

　　　　3.　　The Court released Mr. Jordan on conditions, including a requirement that the "Court to approve all other travel outside of the Continental United States." (Doc. 16, p. 2, para. 7(f).)

　　　　4.　　Through his employer, Mr. Jordan has earned a trip to Hawaii. Mr. Jordan seeks permission to travel to Hawaii from January 10-16, 2025.

5.     Mr. Jordan's probation officer in Iowa, Chris Hopper, takes no position on this request and leaves it to the Court's discretion. The Assistant U.S. Attorney, Carolyn Jackson, has no objection, as long as the probation office has no issue with this request.

6.     Denying Mr. Jordan's request to travel to Hawaii for one week is unnecessary to assure his appearance in Court or the safety of the community or any person. *See* 18 U.S.C. § 3142(g). He has no desire or ability whatsoever to abscond from the country to avoid prosecution. He simply wants to take an earned trip awarded to him by his long-time employer.

WHEREFORE, Mr. Jordan asks the Court to grant him permission to travel to Hawaii from January 10-16, 2025.

Respectfully submitted,

*/s/ Brad Hansen*
FEDERAL DEFENDER'S OFFICE
400 Locust Street, Suite 340
Des Moines, Iowa 50309-2353
PHONE: (515) 309-9610
FAX: (515) 309-9625
E-MAIL:  brad_hansen@fd.org

*/s/ Phillip F. Jose*
FEDERAL DEFENDER'S OFFICE
400 Locust Street, Suite 340
Des Moines, Iowa 50309-2353
PHONE: (515) 309-9610
FAX: (515) 309-9625
E-MAIL:  phil_jose@fd.org

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2024, I electronically filed this document with the Clerk of Court using the ECF system, which will provide notice to all assigned attorneys.

*/s/ Theresa McClure*